UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAURA JONES, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:19-cv-02583-AGF |
| CITY OF SAINT LOUIS, MISSOURI, et al., | ) |
| Defendants. | ) |

## MEMORNADUM AND ORDER

This matter is before the Court on Plaintiff's motion (ECF No. 106) to use a questionnaire in connection with the jury trial scheduled to begin on December 12, 2022. Plaintiff's motion does not reflect the consent of Defendants. The Court previously advised the parties that any questionnaire would have to be finalized and ready to mail to potential jurors by no later than November 7, 2022.

Because Plaintiff's motion was not timely filed,

**IT IS HEREBY ORDERED** that Plaintiff's motion to use a questionnaire is **DENIED**. ECF No. 106.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 8th day of November, 2022.