UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAURA JONES, | ) |
| | ) |
|     Plaintiff(s), | ) |
| | ) |
| v. | )    No. 4:19-CV-02583-AGF |
| | ) |
| TIMOTHY TURNER, et al., | ) |
| | ) |
|     Defendant(s). | ) |
| | ) |

**JUDGMENT IN A CIVIL CASE**

☒     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐     **Directed Verdict.**  This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case.

☐     **Decision by Verdict.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff.

December 15, 2022                                        *Gregory J. Linhares*         /
Date                                                              Clerk of Court

                                                            By:   /s/ Abby Ojolola         /
                                                                      ABBY OJOLOLA
                                                                      Deputy Clerk